JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REZA BAHRAM TABATABAI, | ) ) | CASE NO.   CV 11-07819 MMM CR 05-00744 MMM |
| Petitioner, | ) ) | |
| vs. | ) ) | JUDGMENT |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) ) ) | |

On July 17, 2015, the court entered an order denying petitioner Reza Bahram Tabatabai;s motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255.  Accordingly,

IT IS ORDERED AND ADJUDGED

1.      That Tabatabai's § 2255 motion be denied with prejudice; and

2.      That the action be, and it hereby is, dismissed.

DATED: July 17, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE